# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK ALAN AVILA, | NO. ED CV 14-02159-VBF-CW |
| Petitioner, | |
| v. | RULE 58 JUDGMENT |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN LOUIS OBISPO, and SAN LUIS OBISPO COUNTY JAIL, | |
| Respondents. | |

Pursuant to the Court's Opinion and Order issued this same date, this action is dismissed without prejudice.

DATED: April 15, 2014

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE